JOHN JONES, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendant in Error.

(Argued April 30, 1880; decided June 1, 1880 )

(Reported below, 20 Hun, 545.)

*Peter Mitchell* for plaintiff in error.

*Benj. K. Phelps* for defendant in error.

Agreed to affirm on opinion below.
All concur.
Judgment affirmed.